**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AUG 17 2010

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:10cr145-MEF |
| | ) | [21 USC 841(a)(1)] |
| JOHN D. MANRY | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1

On or about January 21, 2010, in Montgomery County, within the Middle District of Alabama,

JOHN D. MANRY,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*/s/ Gregory K McElroy*
Foreperson

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ Verne H. Speirs*
VERNE H. SPEIRS
Assistant United States Attorney