IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cr145-MEF |
| | ) | |
| JOHN D. MANRY | ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody John D. Manry into the custody of Tom Halasz, DEA, and/or any other DEA agent, from October 20, 2010 through December 31, 2010, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Tom Halasz, DEA, and/or any other DEA agent to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 19th day of October, 2010.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/S/Susan R. Redmond
SUSAN R. REDMOND
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cr145-MEF |
| | ) | |
| JOHN D. MANRY | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew Mark Skier, Esq.

    Respectfully submitted,

    /s/Susan R. Redmond
    SUSAN R. REDMOND
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: susan.redmond@usdoj.gov