IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10cr145-MEF |
| | ) | |
| JOHN D. MANRY | ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on October 19, 2010, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of John D. Manry from October 20, 2010, through December 31, 2010, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Tom Halasz, DEA and /or any other DEA agent, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 20th day of October, 2010.

_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE