IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10-cr-145-MEF |
| | ) | |
| JOHN D. MANRY | ) | |

**<u>MOTION FOR DOWNWARD DEPARTURE</u>**

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and pursuant to Rule 35(2)(B) of the Federal Rules of Criminal Procedure, respectfully requests this Honorable Court to grant the defendant a downward departure of three (3) levels, in the sentence previously imposed on the Defendant, and as reasons therefore, submits the following:

1.  The United States herein states that the Defendant has provided substantial assistance in the investigation and prosecution of John Davis for federal narcotics law violations in the Middle District of Alabama.

2.  The United States submits that it will consider a further motion for a sentence reduction pursuant to Federal Rules of Procedure, Rule 35, should the Defendant continue to cooperate with federal agents and the United States, and be ready, willing and able to testify in trials of the violators of federal law.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure to reflect a reduction of three (3) levels in the previously imposed sentence.

Respectfully submitted this the 18th day of August, 2011.

        GEORGE L. BECK, JR.
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7138
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:10-cr-145-MEF |
| | ) | |
| JOHN D. MANRY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew M. Skier.

Respectfully submitted,

GEORGE L, BECK, JR.
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
susan.redmond@usdoj.gov