# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2-10-cr-145-MEF |
| | ) | |
| JOHN D. MANRY | ) | |

## ORDER

This cause comes before the Court on the United States' Motion for Downward Departure (Doc. # 34), filed on August 18, 2011. For good cause shown, it is hereby ORDERED as follows:

1. The Motion for Downward Departure (Doc. # 34) is GRANTED. As a result, the offense level of John Manry is REDUCED by three levels. *See* Fed. R. Crim. P. 35(b) (allowing for such a reduction upon a timely motion by the United States). This reduction results in a total offense level of 12, which, when combined with Manry's criminal history of IV, results in a guideline range of 21 to 27 months.

2. The judgment of the Court is AMENDED to reflect that Manry's previously imposed sentence of 30 months is reduced to 21 months in prison. The Court, moreover, finds that the amended sentence is reasonable under 18 U.S.C. § 3553(a).

DONE this the 2nd day of November, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE