# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John D. Manry                                        Case Number: 2:10CR145-MEF-1

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, United States District Judge

Date of Sentence: January 21, 2011

Original Offense: Possession with Intent to Distribute Methamphetamine

Original Sentence: 30 months custody to run consecutive to the sentence in docket number 2:05CR36-WHA followed by a 3 year term of supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: December 23, 2013

Assistant U.S. Attorney: Susan Redmond                         Defense Attorney: Andrew M. Skier

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[**X**]   To modify the conditions of supervision as follows:

**The defendant shall participate in a mental health treatment program as directed by the probation officer and contribute to the cost based on ability to pay and availability of third party payments.**

## CAUSE

On September 19, 2014, the probation officer interviewed Manry and he indicated that he was experiencing some problems with depression. His mother was interviewed as well and she confirmed that he appeared to be depressed regarding issues related to his spouse and other issues. The probation officer discussed with Manry how he might benefit from mental health counseling and possibly medication to assist him in dealing with his bouts of depression. He appeared to be very receptive to seeking help for his depression and voiced no opposition to taking medication if deemed necessary by the treatment provider.

Based upon Manry's drug relapse (tested positive on May 7, 2014 and May 16, 2014) and his stated issues with depression, the probation officer recommends that his conditions of supervision be modified to include a special condition for mental health treatment. In addressing his relapse, Manry completed a 21 day residential drug treatment program at the Chemical Addictions Program (CAP) on July 3, 2014. He is currently attending outpatient treatment at CAP. The modification for mental health treatment is required to authorize the probation office to assist with payment for treatment services if needed. Manry is currently unemployed and without a source of income. It is recommended that Your Honor order the modification of conditions as noted above.

Respectfully submitted,

by        /s/ Larry D. Turner
          U.S. Probation Officer
          Date: October 1, 2014

Reviewed and approved:   /s/ David Ron Thweatt
                                          Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

                                                    SENIOR UNITED STATES DISTRICT JUDGE

                                                            Date