✑Prob 12D
(6/05)

# UNITED STATES DISTRICT COURT

for

MIDDLE DISTRICT OF ALABAMA

### Request for Summons and
### Modification of the Conditions or Term of Supervision

Name of Offender:  John D. Manry                                   Case Number:  2:10cr145-WHA

Name of Sentencing Judicial Officer:  The Honorable Mark E. Fuller, United States District Judge

Date of Original Sentence:  January 21, 2011

Original Offense:  Possession with Intent to Distribute Methamphetamine

Original Sentence:  30 months custody to run consecutive to the sentence in 2:05cr36-WHA;  3 years TSR

Type of Supervision:  Supervised Release        Date Supervision Commenced:  December 23, 2013

### PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

**The defendant shall successfully complete the substance abuse treatment program at the Herring Houses of Dothan (HHOD) and shall comply with the rules of that facility.  This term shall begin upon the defendant's surrender to the facility at a time directed by the probation officer.**

### CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

On November 12, 2014, Manry was terminated from the intensive outpatient drug treatment program at the Chemical Addictions Program (CAP) due to excessive absences. Manry is eligible to return to CAP after January 14, 2015. Currently, Manry is homeless. He is also unemployed and without a source of income. His parents advised that Manry is prohibited from residing at their residence due to his continued disrespectful and belligerent communication towards his mother. On November 17, 2014, Dr. Karl Kirkland conducted a mental health evaluation on Manry. Offender was recommended for mental health treatment. The probation officer discussed with Manry how he might benefit from mental health counseling and possibly medication to assist him in dealing with his bouts of depression. He appeared to be very receptive to seeking help for his depression and voiced no opposition to taking medication if deemed necessary by the treatment provider.

Based upon Manry's substance abuse issues (tested positive on May 7, 2014 and May 16, 2014) and his inconsistency in attending drug treatment, together with his stated issues with depression, the probation officer recommends that his conditions of supervision be modified to include a special condition for him to successfully complete a residential drug treatment program at the Herring Houses of Dothan. This officer believes the modification is appropriate as it would provide Manry with a place to live, in addition to providing drug and mental health treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 24, 2014

/s/ Larry D. Turner
U.S. Probation Officer

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The issuance of a summons.

☐ Other: _____

_____
Senior United States District Judge

_____
Date