# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  John D. Manry                              Case Number: 2:10CR145-WHA

Name of Sentencing Judicial Officer:  The Honorable Mark E. Fuller, United States District Judge; reassigned to The Honorable W. Harold Albrittion, Senior U.S. District Judge

Date of Sentence: January 21, 2011

Original Offense: Possession with Intent to Distribute Methamphetamine

Original Sentence: 30 months custody to run consecutive to the sentence in docket number 2:05CR36-WHA followed by a 3 year term of supervised release

Type of Supervision:  Supervised Release        Date Supervision Commenced:  December 23, 2013

Assistant U.S. Attorney: Susan Redmond                    Defense Attorney: Andrew M. Skier

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

**The defendant shall successfully complete the substance abuse treatment program at Herring Houses of Dothan (HHOD) and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at a time directed by the probation officer.**

## CAUSE

On November 26, 2014, a petition for modification was filed (doc. 49) by the probation officer requesting the issuance of a summons for Manry to appear before the court for a modification hearing. On December 1, 2014, the court ordered the issuance of a summons and set a hearing on December 15, 2014, as Manry did not waive his right to a hearing and consent to a modification of his conditions. The probation officer was seeking a modification of the conditions of supervision to place Manry in long-term treatment at the Herring Houses of Dothan (HHOD). As previously noted in the petition seeking modification, Manry was terminated on November 12, 2014, from the intensive outpatient drug treatment program at the Chemical Addictions Program (CAP) due to excessive absences. Manry also does not have a stable residence and HHOD would be able to provide housing while attending substance abuse treatment.

Since the filing of the petition (doc. 49) and the subsequent order to appear for a hearing on December 15, 2014, Manry has agreed to the modification sought by the probation officer and signed Probation Form 49 waiving his right to a hearing and to assistance of counsel. It is recommended that Your Honor order the modification of conditions as noted above. If Your Honor orders the modification, it is recommended that the previous petition (doc. 49) be dismissed and that the hearing scheduled on December 15, 2014 be cancelled.

                                                  Respectfully submitted,

                           by    /s/ Larry D. Turner
                                      U.S. Probation Officer
                                      Date: December 5, 2014

Reviewed and approved:   /s/ David Ron Thweatt
                              Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above   It is further ORDERED that the petition (doc. 49) be dismissed and that the hearing scheduled on December 15, 2014, is cancelled.
[ ]  Other

                                        /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE

                                        December 8, 2014
                                                  Date