# United States District Court

**RECEIVED**

for

Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John D. Manry                          Case Number: 2:10CR145-WHA

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, United States District Judge; reassigned to The Honorable W. Harold Albrittion, Senior U.S. District Judge

Date of Original Sentence: January 21, 2011

Original Offense: Possession with Intent to Distribute Methamphetamine

Original Sentence: 30 months custody to run consecutive to the sentence in docket number 2:05CR36-WHA followed by a 3 year term of supervised release; sentence reduced on November 2, 2011 to 21 months custody pursuant to Rule 35

Type of Supervision: Supervised Release            Date Supervision Commenced: December 23, 2013

Assistant U.S. Attorney: Susan R. Redmond              Defense Attorney: Andrew M. Skier

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Violation No. 1:<br>Mandatory Condition:<br>"The defendant shall refrain from any unlawful use of a controlled substance." | On May 7, 2014, Manry submitted a urine sample which produced a presumptive positive for marijuana and methamphetamine. Manry admitted to using marijuana and methamphetamine and signed the Admission of Drug Use Form dated May 7, 2014. |
| Violation No. 2:<br>Mandatory Condition:<br>"The defendant shall refrain from any unlawful use of a controlled substance." | On May 16, 2014, Manry submitted a urine sample which produced a presumptive positive for marijuana, oxycodone and benzodiazepine. Manry admitted to using marijuana, oxycodone, and benzodiazepine and signed the Admission of Drug Use Form dated May 16, 2014. |

| | |
|---|---|
| Violation No. 3:<br>Special Condition:<br>"Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether defendant has reverted to the use of illegal drugs." | Manry was instructed to participate in the Substance Abuse Drug Testing Program which is conducted by the probation office. On November 24, 2014, Manry failed to report for drug testing. |
| Violation No. 4:<br>Special Condition:<br>"Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether defendant has reverted to the use of illegal drugs." | Manry was instructed to participate in the Substance Abuse Drug Testing Program which is conducted by the probation office. On December 10, 2014, Manry failed to report for drug testing. |
| Violation No. 5:<br>Mandatory Condition:<br>"The defendant shall refrain from any unlawful use of a controlled substance." | On December 11, 2014, Manry acknowledged using methamphetamine on December 6, 2014. Manry signed the Admission of Drug Use Form dated December 11, 2014. |
| Violation No. 6:<br>Special Condition:<br>"Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether defendant has reverted to the use of illegal drugs." | Manry was referred to the Chemical Addictions Program (CAP) by the probation officer to address his substance abuse problem. He completed a 21 day inpatient drug treatment program on July 3, 2014. After completion of inpatient treatment, Manry was placed in the intensive outpatient program at CAP. Manry was suspended from CAP on November 12, 2014 due to excessive absences but would be allowed to return to treatment in 60 days. In order to continue to address Manry's treatment needs, the probation officer sought a modification for placement in long term treatment at the Herring Houses of Dothan. Manry reported to the Herring Houses of Dothan on December 11, 2014. He was unable to enter the program based on his admission of recent methamphetamine use. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be revoked.
[ ] extended for _ years, for a total term of _ years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ December 12, 2014 _____

_____ /s/ Larry D. Turner _____
United States Probation Officer

Reviewed and approved: /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
SENIOR UNITED STATES DISTRICT JUDGE

_____
Date